# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ASHLEY JOSEFINA RAMIREZ (1),<br><br>　　　　　　　　　　Defendant. | Case No. 21-CR-1644-CAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☐  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Indictment/Information:

　　21 USC 952, 960 – Importation of Methamphetamine.

Dated:  7/8/2022

　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　United States District Judge